COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-03-206-CV

IN THE INTEREST OF S.A.

----------

FROM THE 323
RD
 
DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

------------

On August 14, 2003, we notified appellant M.A., in accordance with rule of appellate procedure 42.3(c), that we would dismiss his appeal unless the $125 filing fee was paid.  
See
 
Tex. R. App. P. 
42.3(c).  Appellant M.A. has not paid the $125 filing fee.  
See
 
Tex. R. App. P.
 5, 12.1(b).

Because appellant M.A. has failed to comply with a requirement of the rules of appellate procedure and the Texas Supreme Court's order of July 21, 1998,
(footnote: 2) we dismiss his appeal.  
See
 
Tex. R. App. P
. 42.3(c), 43.2(f).

Appellant M.A. shall pay all costs of his appeal, for which let execution issue.  
See
 
Tex. R. App. P
. 42.1(d).

PER CURIAM

PANEL D: CAYCE, C.J.; DAY and LIVINGSTON, JJ.

DELIVERED:  October 9, 2003

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.

2:
July 21, 1998 Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals, 
reprinted in
 
Appendix to the Texas Rules of Appellate Procedure
 (Vernon 2002).